# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JAMES LAWRENCE SMITH, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00295-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF ASHEVILLE, | ) | |
| DET. SCOT PIPER, | ) | |
| HON. CALVIN HILL, | ) | |
| HON. JULIE KEPPLE, | ) | |
| HON. ED CLONTZ, HON. | ) | |
| SAMUEL CATHEY, HON. | ) | |
| PATRICIA YOUNG | ) | |
| MARTHA ELIZABETH GRIST, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2014 Memorandum of Decision and Order.

November 14, 2014

Frank G. Johns, Clerk
United States District Court